# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153621

CHRISTOPHER KAPLAN,
       Plaintiff-Appellee,

v

                                  SC:  153621
                                  COA:  325246
                                  Alpena CC Family Division:
                                  10-003705-DM

NANCY HENDRICKS, f/k/a NANCY KAPLAN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 24, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016



s1130

                             Clerk